UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MITCHELL A. POHL**, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>**DR. MICHAEL LAZAR**, an individual,<br><br>**DOES 1-5,** unknown entities<br><br>    Defendants | Case No. 2:15-cv-05266-DRH-ARL |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE** that Plaintiff hereby voluntarily dismisses Defendant Michael Lazar from this action, as well as all Doe defendants, <u>with prejudice</u>. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 9, 2016

Respectfully submitted,


/s/Eric J. Menhart
Eric J. Menhart
Lexero Law
316 F Street NE, Suite 101
Washington, DC 20002
Phone: (855) 453-9376 x.101
Fax: (855) 453-9376

## CERTIFICATE OF SERVICE

I certify that I have served this motion on Defendant via the court's ECF website.

/s/ Eric J. Menhart
Eric J. Menhart